1  **WO**

2

3

4

5

6          **IN THE UNITED STATES DISTRICT COURT**

7          **FOR THE DISTRICT OF ARIZONA**

8

9  Anthony Gregory LaPointe,                   No. CV-20-00562-TUC-RM

10                Plaintiff,                     **ORDER**

11  v.

12  Gene Cocoa,

13                Defendant.

14

15          On May 9, 2022, Defendant Gene Cocoa[1] filed a Motion for Summary Judgment

16  Based on Failure to Exhaust Available Administrative Remedies.  (Doc. 30.)  Since that

17  date, the Court has granted Plaintiff two extensions of his deadline for filing a response to

18  the Motion for Summary Judgment.  (Docs. 35, 38.)

19          Currently pending before the Court is Plaintiff's Motion to Stay Summary

20  Judgment Motion and All Proceedings.  (Doc. 41.)  Plaintiff asks the Court to stay

21  summary judgment briefing or grant an additional 30-day extension of deadlines to allow

22  the parties to discuss discovery matters and settlement.  (*Id.*)  Plaintiff indicates the

23  parties are preparing a Joint Settlement Status Report and that Plaintiff is attempting to

24  obtain a copy of his deposition taken on June 2, 2022 but cannot afford to pay for a copy.

25  (*Id.*)

26          The Court does not find that Plaintiff has shown good cause for staying summary

27  judgment briefing or for a further, 30-day extension of his deadline for responding to

28  _____

[1] Defendant's last name is listed on the docket as "Cocoa," but his filings indicate the correct spelling is "Coca."

1  Defendant's Motion for Summary Judgment.  *See* Fed. R. Civ. P. 6(b)(1) (court may

2  extend deadline for good cause).  Defendant's Motion for Summary Judgment has

3  already been pending for four months.  The parties' upcoming deadline for filing a Joint

4  Proposed Pretrial Order does not warrant an extension of Plaintiff's summary judgment

5  response deadline, as there is no reason why Plaintiff cannot prepare the response while

6  also working with Defendant to discuss settlement and prepare the Joint Proposed Pretrial

7  Order.   Furthermore,  although  the  Court  is  sympathetic  to  Plaintiff's  economic

8  circumstances, *in forma pauperis* status does not entitle a party to free copies of

9  deposition transcripts.  *Brookins v. Hernandez*, No. 1:17-cv-01675-AWI-SAB (PC), 2020

10  WL 949503, at *3 (E.D. Cal. Feb. 27, 2020).  Pursuant to Federal Rule of Civil Procedure

11  30(f)(3), the officer who conducted a deposition must "furnish a copy of the transcript . . .

12  to any party or the deponent," but only "[w]hen paid reasonable charges."

13      Plaintiff's deadline for responding to Defendant's Motion for Summary Judgment

14  expired on August 29, 2022.  (*See* Doc. 38.)  Because Plaintiff timely moved for an

15  extension of the deadline, and to ensure that Plaintiff has an opportunity to file a

16  response, the Court will grant Plaintiff one short, further extension of his deadline for

17  filing a response.  **Plaintiff is warned that no further extensions of the response**

18  **deadline will be granted**.

19      Accordingly,

20      **IT IS ORDERED** that Plaintiff's Motion to Stay Summary Judgment Motion and

21  All Proceedings (Doc. 41) is **denied**.  Plaintiff must respond to Defendant's Motion for

22  Summary Judgment (Doc. 30) on or before **September 16, 2022**.

23  . . . .

24  . . . .

25  . . . .

26  . . . .

27  . . . .

28  . . . .

1       **IT IS FURTHER ORDERED** that Defendant may file a reply within **fifteen (15)**

2 **days** of service of Plaintiff's response.

3       Dated this 8th day of September, 2022.

4

5

6

7                                       _____
Honorable Rosemary Márquez
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28